# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1246
LT Case No. 2019-CF-000104-A

_____

PENNY POSPISIL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Mary Hatcher, Judge.

Matthew J. Metz, Public Defender, and Louis A. Rossi, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Douglas T.
Squire, Assistant Attorney General, Daytona Beach, for Appellee.

January 23, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____